IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hill, Darrel | Case Number: 07 B 07234 |
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 4/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,808.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,808.00 |
| Totals: | 2,808.00 | 2,808.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 2. | Everhome Mortgage Company | Secured | 12,000.00 | 0.00 |
| 3. | Municipal Collection Services | Priority | 100.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 18.05 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 51.69 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 58.15 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 2,948.04 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 31.82 | 0.00 |
| 9. | Municipal Collection Services | Priority | | No Claim Filed |
| 10. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 11. | Fbcs Inc | Unsecured | | No Claim Filed |
| 12. | Cash Express | Unsecured | | No Claim Filed |
| 13. | National Quick Cash | Unsecured | | No Claim Filed |
| 14. | National Payment Center | Unsecured | | No Claim Filed |
| 15. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | R M A | Unsecured | | No Claim Filed |
| 19. | Sprint | Unsecured | | No Claim Filed |
| 20. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,207.75 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill, Darrel

Printed:  12/28/07

Case Number:  07 B 07234
Judge:  Hollis, Pamela S
Filed:  4/21/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

